```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14362
  MANUEL SANCHEZ
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-6887


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/09/07 and confirmed on 10/24/07.

     2.  The case was dismissed after confirmation, 08/22/2008.

     3.  The Debtor paid a total of $   5275.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 38.66 | .00 | 38.66 |
| NATIONWIDE CASSEL LP | SECURED VEHIC | 7320.08 | 299.87 | 1108.77 |
| CAPITAL ONE BANK | UNSECURED | 1452.82 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1011.77 | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS R HITCHCOCK | REIMBURSEMENT | 64.50 | .00 | 64.50 |
| T MOBILE USA | UNSECURED | 426.67 | .00 | .00 |

```
        Summary of disbursements:
----------------------------------------------------------------------
                SECURED    PRIORITY   UNSECURED    OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED  7358.74     64.50    2891.26      .00     10314.50
PRINCIPAL PAID      1147.43     64.50        .00      .00      1211.93
INTEREST PAID        299.87       .00        .00      .00       299.87
TOTAL PAID          1447.30     64.50        .00      .00      1511.80
The Debtor's attorney, THOMAS R HITCHCOCK            , was allowed $   3500.00
and was paid  $    3500.00 .

The Trustee received $     263.20 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/13/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
        CASE NO. 07 B 14362 MANUEL SANCHEZ
```